# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ONTEORA ASSOCIATES,**

    Appellant,

vs.            **CASE NUMBER: 3:11-cv-1101 (GTS)**

**VILLAGE OF FLEISCHMANNS,**

    Appellee.

| | | |
|---|---|---|
| [ ] | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [X] | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that Appellant's appeal is DENIED, and the Decision and Order of United States Bankruptcy Judge Diane Davis is AFFIRMED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 25th day of September, 2012.

DATED:     September 25, 2012

_Lawrence K. Baerman_
Clerk of Court

s/ L. Welch
Deputy Clerk